Filed: 12/6/2022 1:35 PM
Lynne Finley
District Clerk
Collin County, Texas
By Katrina Shelby Deputy
Envelope ID: 70743198

CAUSE NO. 471-06545-2022

| | | |
|---|---|---|
| HENRY MORENO, | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| V. | § | |
| THE KANSAS CITY SOUTHERN RAILWAY COMPANY, | § | COLLIN COUNTY, TEXAS |
| Defendant. | § | 471st JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE COURT:

Plaintiff Henry Moreno files this Original Petition complaining of Defendant, THE KANSAS CITY SOUTHERN RAILWAY COMPANY, and alleges as follows:

### I.

### DISCOVERY CONTROL PLAN

Plaintiff intends to conduct discovery under Level III of Texas Rules of Civil Procedure 190.4 because he seeks monetary relief aggregating more than $50,000 and requests the Court enter a Discovery Control Plan to place this case under Level III.

Exhibit 3

## II.

## PARTIES

1.   Plaintiff **Henry Moreno** is a resident of Dallas County, Texas.

2.   Defendant **THE KANSAS CITY SOUTHERN RAILWAY COMPANY** is a foreign for-profit corporation that does business in Collin County, Texas, and service of process may be had upon Defendant by serving a citation on its registered agent at: <u>C T Corporation System, 1999 Bryan St., Ste 900, Dallas TX 75201-3136 or wherever they may be found</u>.

## III.

## JURISDICTION

Jurisdiction is proper because the amount in controversy exceeds the minimum jurisdictional limits of this Court.

## IV.

## VENUE

Venue is proper in Collin County pursuant to §15.001 *et seq.* of the Texas Civil Practice & Remedies Code because a substantial part of the acts or omissions giving rise to Plaintiff's cause of action occurred in Collin County, Texas, and because Defendant conducts business in Collin County, Texas.

## V.

## CLAIM FOR RELIEF

Plaintiff seeks relief in accordance with Tex. R. Civ. P. 47(c)(4) monetary relief over $1,000,000.

## VI.

## FACTS

1. At or around 12:30 A.M. on or about February 23, 2022, Plaintiff was making a delivery to the Wylie Intermodal Terminal ("WIT"), owned and operated by Defendant, and located at 2800 South State Hwy 78 in Wylie, Texas 75098.

2. As Plaintiff approached the office building of WIT, he stepped onto a concrete step painted with smooth yellow paint. The concrete step was wet.

3. Plaintiff slipped on the step's slick surface. He fell face forward, slamming the right side of his face and head onto the concrete step.

4. As a result of the fall, Plaintiff suffered severe facial and head trauma as well as injuries to his neck.

5. At all times, Plaintiff was an invitee on Defendant's premises for the benefit of Plaintiff and Defendant.

## VII.

## CAUSE OF ACTION AGAINST DEFENDANT
## KANSAS CITY SOUTHERN RAILWAY TERMINAL

1. Defendant was owner, operator, and/or occupant of the premises.

2. Defendant knew or should have known that the step and walkway was unreasonably dangerous and slippery due to the thick, smooth paint on the step, which posed an unreasonable risk of harm on the premises when it was wet.

3. Defendant failed to exercise ordinary care to protect Plaintiff from the danger, either by failing to adequately warn him of the condition and/or by failing to make that condition reasonably safe.

4. Defendant failed to use that degree of care that would be used by an owner or occupier of ordinary prudence under the same or similar circumstances.

5. The condition could have been made reasonably safe by:

   A. utilizing a proper paint additive on the concrete step and walkway to prevent them from becoming slippery and a dangerous condition,
   B. placing signage that warned invitees such as Plaintiff, that the step and walkway were slippery and presented a dangerous condition, and
   C. using any other safety material on the subject concrete step and walkway to prevent it from becoming slippery and causing a dangerous condition.

6. Defendant's breach proximately caused Plaintiff's injuries and subsequent damages.

## VIII.

## **DAMAGES**

1. As a result of the incident described herein, Plaintiff has incurred medical expenses in the past and in all reasonable probability such medical expenses will continue in the future.

2. Plaintiff has experienced mental anguish and emotional distress in the past and in all reasonable probability such mental anguish and emotional distress will continue in the future.

3. Plaintiff has experienced physical pain and suffering in the past and in all reasonable probability such physical pain and suffering will continue in the future.

4. Plaintiff has experienced physical disfigurement in the past and in all reasonable probability will suffer disfigurement in the future.

5. Plaintiff has experienced physical impairment in the past and in all reasonable probability will suffer physical impairment in the future.

6. Plaintiff has suffered lost earnings in the past and in all reasonable probability such lost earning capacity will continue in the future.

7. Plaintiff has incurred other post-incident expenses in the past and in all reasonable probability such other post-incident expenses will continue in the future.

## X.

## CLAIM FOR PREJUDGMENT AND POST-JUDGMENT INTEREST

Plaintiff herein claims interest in accordance with Texas Finance Code §304.001 *et seq.* and any other applicable law.

## XI.

## JURY DEMAND

Plaintiff demands a jury trial and tenders the appropriate fee with the Original Petition.

## XII.

## NOTICE PURSUANT TO TEX. R. CIV. P. 193.7

1.    Plaintiff provides notice to Defendant pursuant to Rule 193.7 of the Texas Rules of Civil Procedure that Plaintiff may utilize as evidence during the trial of this lawsuit all documents exchanged by the parties in written discovery in this case.

## XIII.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiff prays that Defendant be cited to appear and answer herein and upon final hearing of this cause, Plaintiff have judgment against Defendant for damages described herein, for costs of suit, pre-judgment and post judgment interest permitted by law, and for such other relief to

which Plaintiff may be justly entitled.

        Respectfully submitted,

        TURLEY LAW FIRM

        */s/ Ron Turley*
        Ronald Windle Turley, III
        State Bar No. 24132264
        6440 North Central Expressway
        1000 Turley Law Center
        Dallas, Texas 75206
        Telephone No. 214/691-4025
        Telecopier No. 214/361-5802
        Email: ront@wturley.com
               davette@wturley.com

        ATTORNEY FOR PLAINTIFF