# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **HENRY MORENO,** | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO: 4:23-CV-00001-SDJ-CAN |
| **THE KANSAS CITY SOUTHERN RAILWAY COMPANY,** | § § § § | |
| Defendant. | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

NOW COMES Plaintiff Henry Moreno ("Plaintiff") and Defendant The Kansas City Southern Railway Company ("KCSR") and file this Agreed Motion to Dismiss with Prejudice to re-file the same and in support thereof would respectfully show the Court as follows:

All parties have amicably settled and compromised all matters in controversy among the parties and each has executed a release of all claims that were alleged or could have been alleged in the above lawsuit. Therefore, the parties no longer desire to prosecute this suit.

WHEREFORE, Plaintiff Moreno and Defendant KCSR pray that this Court will grant this Motion to Dismiss and enter an Order of Dismissal with Prejudice with each party to bear its own costs.

Respectfully submitted,

**TURLEY LAW FIRM**

By: /s/ *Ron Turley*
    Ronald Windle Turley, III
    State Bar No. 24132264
6440 North Central Expressway
1000 Turley Law Center
Dallas, Texas 75206
(214) 691-4025
(214) 361-58020 – FAX
Email:    ron@wturley.com
            davette@wturley.com

**ATTORNEYS FOR PLAINTIFF
HENRY MORENO**

**WICKES LAW, PLLC**

By: /s/ *Paul O. Wickes*
    Paul O. Wickes
    State Bar No. 00788663
5600 Tennyson Parkway
Suite 205
Plano, Texas 75024
(972) 473-6900
(972) 767-3225 FAX
pwickes@wickeslaw.com

**ATTORNEYS FOR DEFENDANT
THE KANSAS CITY SOUTHERN
RAILWAY COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served through the Court's electronic filing service on December 12, 2023, upon all counsel of record:

                                                  /s/ *Paul O. Wickes*